ENRIQUE PONSA PARÉS, peticionario y apelado, *v.* BLANTON WINSHIP, GOBERNADOR DE PUERTO RICO, LESLIE A. MAC LEOD, R. SANCHO BONÉT y B. FERNÁNDEZ GARCÍA, AUDITOR, TESORERO y PROCURADOR GENERAL DE PUERTO RICO, respectivamente, demandados y apelantes.

Núm. 7491.—*Sometido:* Marzo 15, 1937. *Resuelto:* Marzo 19, 1937.

*Hon. Procurador General B. Fernández García* y *Emilio de Aldrey, Subprocurador,* abogados de los apelantes; *F. Ponsa Feliú,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF emitió la opinión del tribunal.

En sus aspectos principales este caso debe seguir el principio sentado en el de *Durand* v. *Sancho Bonet,* 50 D.P.R. 940. En otras palabras, cuando el sueldo de un funcionario es fijado por una ley especial por un término dado, la cuantía del sueldo así fijado no puede ser alterada durante su incumbencia.

El apelado Ponsa Parés fué nombrado Fiscal de la Corte de Distrito de Bayamón el 29 de julio de 1930 a tenor de las disposiciones de la Ley núm. 57 del mismo año. Dicha ley fijaba su sueldo anual en $3,850 y el término del cargo en cuatro años. En 1932 se le hizo una rebaja de $385 y en 1934 se le hizo otra rebaja adicional de $173.25. Fué nombrado por un nuevo término el 13 de julio de 1935. En 5 de septiembre de 1936 radicó una petición ante la Corte de Distrito de San Juan solicitando una sentencia que declarara que las rebajas anteriores eran nulas. Bajo principios similares a los del caso de *Durand,* supra, la corte inferior resolvió que

el referido fiscal tenía derecho a tal sentencia declaratoria y convenimos en ello.

La corte de distrito, conforme hemos visto, resolvió que todas las rebajas, tanto las anteriores como las que continuaban en vigor luego de su renominación y aceptación del cargo al sueldo rebajado, eran ilegales. Sobre este punto abrigamos una seria duda y *la moción del apelado para desestimar el recurso por frívolo debe ser declarada sin lugar.*